**FILED**
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff,　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>  )<br>Clarisa Ang,　　　　　　　　　)<br>  )<br>　　　　Defendant.　　　　　　)　 | Case No.  2:08-mj-217 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  Clarisa Ang  Case 2:08-mj-217 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　____　Release on Personal Recognizance

　　　　____　Bail Posted in the Sum of _____

　　　　_X_　Unsecured bond in the amount of $50,000

　　　　____　Appearance Bond with 10% Deposit

　　　　____　Appearance Bond secured by Real Property

　　　　____　Corporate Surety Bail Bond

　　　　_X_　(Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/20/08   at  3 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge