MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318  LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE SURRENDER |
| | ) DATE FOR CLARISA ANG |
| CLARISA ANG, | ) |
| | ) |
| Defendant. | ) |
| ==============================) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Robert Tice-Raskin, and Michael Long, attorney for CLARISA ANG, that CLARISA ANG's presently set surrender date of May 24, 2013, should be continued until December 1, 2013.

(1)  The requested modification of her turn-in date is due to the deteriorating health of her husband and co-defendant Cris Ang.  The court addressed Mr. Ang's request for a modification of his own sentence due to the same health concerns (See ECF documents 387, 388, 389 and 391).  Mrs. Ang is employed and her employment provides medical coverage for both her and Mr. Ang.  Due to his failing health, Mr. Ang is no longer able to be employed or financially support himself.  Mr. Ang is presently scheduled to undergo several surgeries.  When Ms. Ang surrenders herself she will lose her job and her health coverage will then terminate.  If Mrs. Ang is no longer employed, Mr. Ang will no longer have any medical coverage and he will not be able to pay for any private health care.

-1-

(2)  Mr. Ang is no longer able to drive a car – the license was suspended due to his health condition.  Ms. Ang drives him to his medical appointments.  Ms. Ang also takes care of Mr. Ang on a day-to-day basis, including monitoring and administering his medications.

We respectfully request that the court order that the presently set surrender date of May 24, 2013, be continued until December 1, 2013, at 12:00 p.m.

Dated:  April 23, 2013                          Respectfully submitted,

/s/ Michael D. Long_____
MICHAEL D. LONG
Attorney for Clarisa Ang

Dated:  April 23, 2013                          BENJAMIN WAGNER
United States Attorney

/s/ Robert Tice-Raskin____
ROBERT TICE-RASKIN
Assistant U.S. Attorney

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318  LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| CLARISA ANG, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| ================================ | ) |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Bureau of Prisons surrender date for CLARISA ANG, presently set for May 24, 2013, at FCI-Dublin be continued to December 1, 2013, at 12:00 p.m. at FCI-Dublin.

Dated:  May 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT