MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-08-318  LKK
                Plaintiff,                     )
                                               ) STIPULATION AND
     v.                             ) ORDER TO CONTINUE SURRENDER
                                               ) DATE FOR CLARISA ANG
CLARISA ANG,                          )
                                               )
                Defendant.               )
=============================== ) Judge: Hon. Lawrence K. Karlton

      It is hereby stipulated between the parties, Assistant United States Attorney Robert Tice-Raskin, and Michael Long, attorney for CLARISA ANG, that CLARISA ANG's presently set surrender date of December 1, 2013, should be continued until May 1, 2014.

      <u>The defense  represents the following:</u>

      (1)  The requested modification of her turn-in date is due to the continuing deteriorating health of her husband and co-defendant Cris Ang.  The court addressed Mr. Ang's request for a modification of his own sentence due to the same health concerns (See ECF documents 387, 388, 389 and 391).  Mrs. Ang is employed by the California Department of Motor Vehicles (DMV) and her employment provides medical coverage for both her and Mr. Ang.  Due to the failing health of Mr. Cris Ang, he is no longer able to be employed or financially support himself.  Mr. Ang is has undergone recent spinal several surgeries that cost approximately $200,000.  Each specialty doctor visit for related follow-up appointments cost $350.  Mr. Ang would not be able to afford the medical care without the DMV insurance.  When Ms. Ang surrenders herself she will lose her job and her

-1-

health coverage will then terminate. If Mrs. Ang is no longer employed, Mr. Ang will no longer have any medical coverage and he will not be able to pay for any private health care.

(2) Mr. Ang is no longer able to drive a car – the license was suspended due to his health condition. Ms. Ang drives him to his medical appointments. Ms. Ang also takes care of Mr. Ang on a day-to-day basis, including monitoring and administering his medications.

(3) Clarisa Ang's own health situation has been deteriorating over the past year. She now suffers from diabetes, which has caused diabetic neuropathy (damage to her nerves due to chronic high blood pressure) and hypertension.

Medical records for both Cris Ang and Clarisa Ang have been provided to the United States Attorney's office concerning the medical problems discussed in this request. Based on the representations of the defense and these records, the government does not oppose the request. In light of the numerous continuances to date, the government will be reluctant to agree to any further continuances.

We respectfully request that the court order that the presently set surrender date of December 1, 2013, be continued until May 1, 2014, at 12:00 p.m.

Dated: November 22, 2013    Respectfully submitted,

/s/ Michael D. Long_____
MICHAEL D. LONG
Attorney for Clarisa Ang

Dated: November 22, 2013    BENJAMIN WAGNER
United States Attorney

/s/ Robert Tice-Raskin____
ROBERT TICE-RASKIN
Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-318  LKK |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CLARISA ANG, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| ==============================) | | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Bureau of Prisons surrender date for CLARISA ANG, presently set for December 1, 2013, at FCI-Dublin be continued to May 1, 2014, at 12:00 p.m. at FCI-Dublin.

Dated:  November 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT