MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318  LKK |
|                 Plaintiff, | ) |
| | ) STIPULATION AND |
|     v. | ) ORDER TO CONTINUE SURRENDER |
| | ) DATE FOR CLARISA ANG |
| CLARISA ANG, | ) |
| | ) |
|                Defendant. | ) |
| ==============================) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Robert Tice-Raskin, and Michael Long, attorney for CLARISA ANG, that CLARISA ANG's presently set surrender date of May 1, 2014, should be continued until November 1, 2014.  Defendant has proffered the following information:

(1)  The requested modification of her turn-in date is due to the continuing deteriorating health of her husband and co-defendant Cris Ang.  The court addressed Mr. Ang's request for a modification of his own sentence due to the same health concerns (See ECF documents 387, 388, 389 and 391).  Mrs. Ang is still employed by the California Department of Motor Vehicles (DMV) and her employment provides medical coverage for both her and Mr. Ang.  Due to the failing health of Mr. Cris Ang, he is no longer able to be employed or financially support himself.  Mr. Ang is has undergone recent spinal several surgeries that have cost approximately $200,000.  Each specialty doctor visit for related follow-up appointments cost $350.  Mr. Ang would not be able to afford the medical care without the DMV insurance.  When Ms. Ang surrenders herself she will lose her job

and her health coverage will then terminate.  If Mrs. Ang is no longer employed, Mr. Ang will no longer have any medical coverage and he will not be able to pay for any private health care.

(2)  Mr. Ang is no longer able to drive a car – his California driver's license was suspended due to his health condition.  Ms. Ang drives him to his medical appointments.  Ms. Ang also provides in-home health care for Mr. Ang on a day-to-day basis, including monitoring and administering his medications.

(3)  Clarisa Ang's own health situation has been deteriorating over the past year.  She now suffers from diabetes, which has caused diabetic neuropathy (damage to her nerves due to chronic high blood pressure) and hypertension.

Updated medical records for both Cris Ang and Clarisa Ang have been provided to the United States Attorney's office concerning the medical problems discussed in this request.

The Government does not oppose the requested continuance.

We respectfully request that the court order that the presently set surrender date of May 1, 2014, be continued until November 1, 2014, at 12:00 p.m.

Dated:  April 22, 2014                          Respectfully submitted,

                                                /s/ Michael D. Long_____
                                                MICHAEL D. LONG
                                                Attorney for Clarisa Ang

Dated:  April 22, 2014                          BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Robert Tice-Raskin____
                                                ROBERT TICE-RASKIN
                                                Assistant U.S. Attorney

1   MICHAEL D. LONG  (CA State Bar #149475)
2   901 H Street, Suite 301
    Sacramento, CA 95814
3   (916) 447-1920
    Mike.Long.Law@msn.com
4
                IN THE UNITED STATES DISTRICT COURT
5            FOR THE EASTERN DISTRICT OF CALIFORNIA
6
    THE UNITED STATES OF AMERICA,        ) No. CR-S-08-318  LKK
7                          Plaintiff,     )
                                          ) ORDER
8             v.                          )
                                          )
9   CLARISA ANG,                          )
                                          )
10                                        ) Judge: Hon. Lawrence K. Karlton
                         Defendant.       )
11  ===============================)
12          UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the
13  Bureau of Prisons surrender date for CLARISA ANG, presently set for May 1, 2014, at FCI-Dublin
14  be continued to November 1, 2014, at 12:00 p.m. at FCI-Dublin.
15
16  Dated:  April 23, 2014
17
18  LAWRENCE K. KARLTON
    SENIOR JUDGE
19  UNITED STATES DISTRICT COURT
20
21
22
23
24
25
26
27
28

                                    −3−