MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,      ) No. CR 08-318 LKK
              Plaintiff,                      )
                                        ) STIPULATION AND PROPOSED ORDER
    v.                                  ) TO TERMINATE PRE-TRIAL RELEASE
                                        ) SUPERVISION
CLARISA ANG,                        )
              Defendant.                      )
==============================) Judge: Hon. Carolyn K. Delaney

       To Magistrate Judge Carolyn K. Delaney:

       Defendant CLARISA ANG, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Robert Tice-Raskin, stipulate as follows:

       Amaryllis Gonzalez, the Sacramento pre-trial services officer for Clarisa Ang, has determined that due to Clarisa Ang's record of compliance with all of her pre-trial conditions, she no longer needs to be monitored by pre-trial services.  AUSA Tice-Raskin and defense counsel agree that terminating supervision is appropriate.  The parties stipulate that all conditions of Clarisa Ang's pre-trial release and her supervision by Pre-Trial Services shall be terminated.  It is understood by the parties that the unsecured appearance bond previously filed by the parties [ECF 15] shall remain in effect and that the United States Passport previously surrendered by Clarisa Ang [ECF 12] shall remain in the custody of the Court.

Dated:  July 9, 2014                          Respectfully submitted,

                                                            /s/ Michael D. Long_____
                                                            MICHAEL D. LONG
                                                            Attorney for Clarisa Ang

Dated: July 9, 2014

BENJAMIN WAGNER
United States Attorney

/s/ Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant U.S. Attorney
Signed by Mr. Long with the permission
of Mr. Tice-Raskin

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-08-318 LKK
         Plaintiff,  )
                  ) (~~Proposed~~) ORDER
   v.  )
                  )
CLARISA ANG,  )
         Defendant.  ) Judge: Hon. Carolyn K. Delaney
================================)

     IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Clarisa Ang are modified in the following manner:

     All conditions of Clarisa Ang's pre-trial release are hereby terminated.  The unsecured appearance bond previously posted shall remain in effect.  Clarisa Ang's United States Passport shall remain in the custody of the Court.

Dated:  July 10, 2014

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE